UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRIS COOK, | ) | CASE NO. SA CV 14-885-GHK (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| J. BROWN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED: 6/18/14

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\SACV 14-885.COOK.JUDGMENT.wpd